# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 145TH DISTRICT COURT of NACOGDOCHES COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 6th day of February, 2013, the cause upon appeal to revise or reverse your judgment between

**NACOGDOCHES HEART CLINIC, P.A.,**
**PRABHAKAR R. GUNIGANTI, M.D., AND**
**EAST TEXAS CARDIOVASCULAR LABS, LLC, Appellants**

**NO. 12-11-00133-CV; Trial Court No. C22,256-2006**

Opinion by Brian Hoyle, Justice.

**VIJAY R. POKALA, M.D. d/b/a**
**NACOGDOCHES CARDIAC CENTER, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment of the court below.

It is ORDERED, ADJUDGED and DECREED by this court that judgment is **RENDERED** for Vijay R. Pokala, M.D. in the amount of $1,048,500.00 on his cause of action against Nacogdoches Heart Clinic, P.A. for breach of the Buy-Sell Agreement.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the attorney's fee award to Vijay R. Pokala, M.D. in the amount of $190,755.00 be **MODIFIED** to accurately reflect liability. Of that amount, $158,725.00 is assessed against Nacogdoches Heart Clinic, P.A., but not against Prabhakar R. Guniganti, M.D. individually. The remaining $32,030.00 is assessed against Prabhakar R. Guniganti, M.D. individually, but not against Nacogdoches Heart Clinic, P.A. Further, the attorney's fee award to Vijay R. Pokala, M.D. in the amount of $24,580.00 is assessed against East Texas Cardiovascular Labs, Inc., but not against Prabhakar R. Guniganti, M.D. individually.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the award of attorney's fees to Prabhakar R. Guniganti, M.D. and Nacogdoches Heart Clinic, P.A. in the amount of $100,302.67 is **DELETED**.

It is FURTHER ORDERED, ADJUDGED AND DECREED that judgment is **RENDERED** for Vijay R. Pokala, M.D. for attorney's fees in the amount of $58,615.00 for his claim for breach of the Buy-Sell Agreement.

It is FURTHER ORDERED, ADJUDGED AND DECREED that, as **MODIFIED**, the remainder of the trial court's judgment is **AFFIRMED**. All costs of this appeal are hereby adjudged against Prabhakar R. Guniganti, M.D., Nacogdoches Heart Clinic, P.A., and East Texas Cardiovascular Labs, LLC in accordance with the opinion of this court; and it is ORDERED that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 20th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk